IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 24-cr-30045-SMY |
| | ) |
| DORMESHIA A. HAIRE, | ) |
| | ) |
| Defendant. | ) |

### ORDER

The Court held a hearing on the Government's Motion to Revoke the Defendant's bond on the March 14, 2025. The Government requested the Defendant's bond be revoked. The Defendant requested that she be released back on bond and placed in inpatient treatment. The Court DEFERS ruling on the Government's Motion to Revoke Bond (Doc. 43) and Defendant, Dormeisha Haire, is TEMPORARILY RELEASED from custody while the Court defers ruling on the Motion to Revoke and imposes the following conditions:

1. Location monitoring technology as directed by the U.S. Pretrial Services Office; Participate in the following location monitoring restriction program:
Home Detention - You are restricted to your residence at all times, except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities approved in advance by the supervising officer.
2. Participate in a program of inpatient substance abuse therapy and counseling;
3. Defendant shall not perform services as a tax preparer for other individuals;
4. All other previously imposed conditions remain in effect.

This case will be set for an in-person hearing on April 23, 2025 at 10:00 A.M. before Magistrate Judge Mark A. Beatty in East St. Louis Courthouse.

IT IS SO ORDERED.

DATED: March 24, 2025

s/Mark A. Beatty
MARK A. BEATTY
United States Magistrate Judge

## ACKNOWLEDGEMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey the conditions of release, to appear as directed, and to surrender for service of any sentence imposed.

_____
Signature of Defendant

East St. Louis IL 62204
City/State/Zip Code